UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JOSE CRISTOBAL CARDONA,

    Plaintiff,

V.

S. SLONE,

    Defendant.

Civil Action No. 7: 15-125-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rule of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. Plaintiff Jose Cristobal Cardona's Amended Complaint [R. 11] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the Defendant, S. Slone.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated September 1, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY